| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DEBRA FANNIN, §
§
     Plaintiff, §
§
versus § CIVIL ACTION NO. 1:19-CV-36
§
UNITED PROPERTY AND §
CASUALTY INSURANCE COMPANY, §
§
     Defendant. §

**MEMORANDUM ORDER ADOPTING AND REMANDING CASE**

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. On July 24, 2019, Judge Giblin issued a Report and Recommendation in which he recommended that the Court grant the plaintiff's motion to remand. To date, the parties have not filed objections to the report. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court conducted a *de novo* review of the magistrate judge's report and the record in this cause. The Court agrees with Judge Giblin's recommended disposition. The Court therefore ORDERS that the Report and Recommendation (#15) is ADOPTED. The plaintiff's motion to remand (#7) is GRANTED. The Clerk is directed to CLOSE this case and REMAND it to the County Court at Law in Liberty County, Texas, from which it was removed. The defendant's pending motion to consolidate (#8) is TERMINATED as MOOT pursuant to Judge Giblin's recommendation.

SIGNED at Beaumont, Texas, this 20th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE